# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2022

### NO. 03-22-00517-CR

**Quaylin Running James Harmon, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE KELLY**

This is an appeal from an order denying appellant's pretrial motion to suppress evidence signed by the trial court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.